Clara C. Walker, appellee, v. E. Sumner Walker, appellant. Gen. No. 35,671.

Opinion filed June 28, 1932.

Gilbert, Rommel, Burger & Baker, for appellant; Samuel H. Gilbert, of counsel. Socrates & Davis, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Albert Vodvarka, plaintiff in error, v. Sidney H. Gettelman, defendant in error. Gen. No. 35,682.

Opinion filed June 28, 1932.

Daniel Webster, for plaintiff in error; O. I. Bingaman, of counsel. I. Harvey Levinson and Louis Rosenfeld, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

Guy Payne, plaintiff in error, v. Evening American Publishing Company, defendant in error. Gen. No. 35,692.

Opinion filed June 28, 1932.

A. W. Martin and Edward H. S. Martin, for plaintiff in error. Edward G. Woods, for defendant in error; Kurt J. Salomon, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Milton H. McCoy and Edwin Mulford, trading as McCoy & Mulford, defendants in error, v. Nels Shoen, plaintiff in error. Gen. No. 35,709.

Opinion filed June 28, 1932.

Philip E. Laby, for plaintiff in error. Stevens, Carrier & Griffith, for defendants in error; Lee W. Carrier and Melvin L. Griffith, of counsel.

Mr. Justice Gridley delivered the opinion of the court.